IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT NASHVILLE
December 13, 2000 Session

## STATE OF TENNESSEE v. ROBERT LEE PATTEE

**Direct Appeal from the Criminal Court for Sumner County**
**No. 239-1999     Jane Wheatcraft, Judge**

_____

**No. M2000-00257-CCA-R3-CD  - Filed May 3, 2001**

_____


JOSEPH M. TIPTON, J., concurring.

        I concur in the result reached and most of the reasoning in the majority opinion.  However, I believe that the evidence was sufficient to warrant the jury being instructed regarding voluntary manslaughter.  I agree, though, that the failure to instruct the jury was harmless.


                                        _____
                                        JOSEPH M. TIPTON, JUDGE